IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DORETHA DYSON, | * |
|        Plaintiff, | * |
| v. | Case No.   7:17-CV-44(TQL) |
| | * |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | * |
|        Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 1, 2018, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 1st day of March, 2018.

.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk